

FILED
Nov 03 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ danielles   DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>JOSE MONTES (01),<br><br>　　　　　　　　Defendant. | CASE NO. 14cr2341-AJB<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8:1326(a),(b) - Removed Alien Found in the United States (Felony)

US Court of Appeals No. 15-50343, REVERSED, VACATED, and REMANDED on 10/28/15.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/02/15

　　　　　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　　　　　HON. ANTHONY J. BATTAGLIA
　　　　　　　　　　　　　　　　　　　　U.S. District Judge